UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,                                    :

          Plaintiff,                                    :          <u>JUDGMENT OF FORFEITURE</u>

     - v -                                    :          25 Civ. 9883 (VM)

$4,320,000 IN UNITED STATES CURRENCY,          :


        Defendant-*in-rem*.                     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/13/2026

WHEREAS, on or about December 1, 2025, the United States of America (the "Government") commenced an *in-rem* forfeiture action seeking the forfeiture of the Defendant-*in-rem*, by the filing of a Verified Civil Complaint for Forfeiture (the "Verified Complaint"). The Verified Complaint alleges that the Defendant-*in*-rem is subject to forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C), the Defendant-*in-rem*, represents property, real or personal, that is derived from or traceable to proceeds traceable to a conspiracy to commit wire fraud and mail fraud, in violation of Title 18 United States Code, Section 1341, 1343 and 1349;

WHEREAS, notice of the Verified Complaint against the Defendant-*in-rem* was posted on the official government internet site, www.forfeiture.gov, for at least 30 consecutive days, beginning on December 5, 2025, and continuing through January 3, 2026, and proof of such publication was filed with the Clerk of this Court on February 12, 2026 (D.E. 4);

WHEREAS, as set forth in Rule G(4)(a)(ii) and Rule G(5)(a)(ii), the notice of forfeiture specified the Defendant-*in-rem* and the intent of the United States to forfeit and dispose of the Defendant-*in-rem*, thereby notifying all third parties of their right to file a claim to adjudicate the validity of their alleged legal interest in the Defendant-*in-rem*, within sixty days from the first

1

day of publication of the Notice on the official government internet site;

WHEREAS, pursuant to the Non-Prosecution Agreement (the "NPA") entered between Prime Partners SA (Prime Partners) and the United States Attorney's Office for the Southern District of New York, Prime Partners agreed not to file a claim or otherwise contest the civil forfeiture of the Defendant-*in*-rem and waived all rights to service or notice of a civil forfeiture complaint;

WHEREAS, Prime Partners is the only individual and/or entity known to the Government to have a potential interest in the Defendant-*in-rem*; and

WHEREAS, no claims or answers have been filed or made in this action and no other parties have appeared to contest the action, and the requisite time periods in which to do so, as set forth in Title 18, United States Code, Section 983(a)(4)(A) and Rule G of the Supplement Rules for Admiralty or Maritime Claims and Asset Forfeiture Claims, have expired;

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED AS FOLLOWS:

1.    The Defendant-*in-rem* and the same hereby are, forfeited to the plaintiff United States of America,

2.    The United States Treasury Department (or its designee) shall dispose of the Defendant-*in-rem* according to law.

Dated: New York, New York

February 13, 2026

SO ORDERED:

_____
HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

2